426

UNITED STATES of America,

v.

Tyrone BENTLEY, a/k/a Tyrone Harris
Tyrone Bentley, Appellant.

No. 03–1935.

United States Court of Appeals,
Third Circuit.

Submitted Under Third Circuit LAR
34.1(a) May 28, 2004.

Decided June 2, 2004.

Lesley B. Fitzgerald, Office of United States Attorney, Philadelphia, PA, for Appellee.

Elaine DeMasse, Philadelphia, PA, for Appellant.

Before SCIRICA, Chief Judge,
FISHER and ALARCÓN,* Circuit
Judges.

OPINION OF THE COURT

FISHER, Circuit Judge.

Tyrone Bentley claims, for the first time on this appeal, that he should not have received a two-level upward adjustment in his offense level pursuant to U.S.S.G. § 3C1.2. The standard of review is plain error. Fed.R.Crim.P. 52(b); *United States v. Torres,* 209 F.3d 308, 313 (3d Cir.2000).

The government concedes that the sentencing enhancement pursuant to U.S.S.G. § 3C1.2 should not have been applied in this case, as the defendant was fleeing from armored car employees, not law enforcement officials.

The government agrees that the erroneous application of § 3C1.2 warrants a remand to permit resentencing. We will therefore vacate the judgment of sentence in this case and remand the matter for resentencing.

---

* The Honorable Arthur L. Alarcón, Senior Judge, United States Court of Appeals for the Ninth Circuit, sitting by designation.